UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MORGAN STANLEY SMITH BARNEY, LLC

    Plaintiff,

    v.

SEAN ANTHONY LEHMANN, et al.,

    Defendants.
_____/

No. C 11-2975 PJH

**ORDER RE BANKRUPTCY STAY**

The court having entered judgment as to defendant Sean Anthony Lehmann, and defendant Kurt J. Halverstadt having filed a Notice of Automatic Stay on August 23, 2011, and it appearing that Mr. Halverstadt has filed a petition in bankruptcy and that an automatic stay is in effect, and that no further reason exists to maintain the file as an open one for statistical purposes and good cause appearing therefor,

    IT IS HEREBY ORDERED that the Clerk of the Court shall close this file for administrative purposes and submit a JS-6 form to the Administrative Office.

    IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action as to Mr. Halverstadt, and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: October 13, 2011

                                                           _____
                                                           PHYLLIS J. HAMILTON
                                                           United States District Judge